■ In the Matter of GEORGE T. MAHSHIE, Petitioner, v DEPARTMENT OF STATE OF THE STATE OF NEW YORK, Respondent. [598 NYS2d 756] —Determination confirmed without costs and petition dismissed. All concur, Balio, J., not participating. Memorandum: In this CPLR article 78 proceeding, petitioner challenges the determination of respondent approving the determination of an Administrative Law Judge (ALJ) who, after a hearing, denied petitioner's application for renewal of his commission as a notary public. We conclude that the determination is supported by substantial evidence in the record and is not arbitrary and capricious. The ALJ properly

considered the factors delineated in Correction Law § 753 in determining that both the "direct relationship" and the "unreasonable risk" exceptions (Correction Law § 752 [1], [2]) apply *(see, Matter of Bonacorsa v Van Lindt,* 71 NY2d 605; *Matter of Hughes v Shaffer,* 154 AD2d 467, 468; *cf., Matter of Marra v City of White Plains,* 96 AD2d 17). (Article 78 Proceeding Transferred by Order of Supreme Court, Onondaga County, Mordue, J.) Present—Denman, P. J., Green, Balio, Fallon and Davis, JJ.